UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES R. FOUSHEE, | ) | CASE NO. 3:05 CV 7108 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| DR. D. WIGGINS, DDS., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Opinion and Order in this case, it is therefore ORDERED that this action is dismissed without prejudice pursuant to 42 U.S.C. §1997e. Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

s/ DAVID A. KATZ 6/8/05

DAVID A. KATZ
UNITED STATES DISTRICT JUDGE